## Petition for Relief From a Prison Disciplinary Conviction
### By a Person in State Custody
### (Petition Under 28 U.S.C. §2254 for a Writ of Habeas Corpus)

### Instructions

1.  To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from a prison disciplinary sanction. This form is your petition for relief.

2.  If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6.  You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $___, you must pay the filing fee.

7.  In this petition, you may challenge the judgment entered by only one Disciplinary hearing Board [DHB]. If you want to challenge a judgment entered by a different DHB you must file a separate petition.

8.  When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
105 BIRCH BAYH BLDG &
UNITED STATE COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
OFFICE OF CLERK
102 ROBERT GRANT FEDERAL BUILDING
204 SOUTH MAIN STREET
SOUTH BEND, INDIANA 46601-2194

9.  CAUTION: You must include in this petition all the grounds for relief from the conviction and you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS
CORPUS BY A PERSON IN STATE CUSTODY SEEKING
REVIEW OF PRISON DISCIPLINARY SANCTION

**FILED**

**06/09/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

| United States District Court | District | |
|---|---|---|
| Name | Prisoner No. | Case No. |

1:23-cv-1011-JRS-MKK

Place of Confinement

Name of Petitioner (include name under which convicted)    Name of Respondent (Superintendent of the institution having custody over petitioner)

Megan Tipton    v.    Lashell Tunner

PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: _____

Indiana Womens Prison 2596 North girls
school road, Indianapolis IN 46214

2. Date of judgment of conviction: 2-6-2023

3. Sanction(s) imposed: Written reprimand, specifically: follow
Facility rules. 90 Days suspended in RSHU.
and 15 Days no GTL + Deprivation of 20 Days

4. Nature of all infractions (rule violations) involved: 216 B, Sexual Misconduct

_____

_____

_____

5. What was your plea? (Check one)

    (a) Not Guilty ☑
    (b) Guilty ☐
    (c) Nolo contendre ☐

6. If you pleaded not guilty, what kind of hearing did you have?  (Check one)

    (a) Hearing Officer ☐
    (b) Full Hearing ☑

(F-24) Revised 12.26.2014

(c) Other Specify _____

7. Did you testify at the disciplinary hearing?    Yes ☑    No ☐

8. Did you appeal the decision of guilt and imposition of sanctions?    Yes ☑    No ☐

9. If you did appeal, answer the following:

a. Name and title of institutional reviewing authority: D. W. Lagenour

b. Result of appeal: Denied

c. Date of result: 2-27-23

d. Grounds raised: See attached form exhibit A

_____
_____
_____
_____

e. If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

i. Name and title of higher reviewing authority: Deborah Reasoner

ii. Result of higher appeal: Denied

iii. Date of result: 4/5/2023

iv. Grounds raised: See attached form Exibit A

_____
_____
_____
_____

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously

-2-

filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or

(F-24) Revised 12.26.2014

Exhibit A

**ACLU**
Indiana

**Complaint Form**

COMPLETE DESCRIPTION OF COMPLAINT (Please type or print legibly)
Describe in DETAIL the events that led you to file this complaint.

If you wish to submit documents with your complaint, please submit *copies*. We will retain documents that you give us for a period of two (2) years, after which time we will destroy them. If you need to have documents returned to you, please request them from us within two years of filing your complaint.

I wrote several requests(askins) to be tested for constD Indy (medical Staff) told me the only way to get tested was to say that I slept with someone that was infected. So I did, and as a result medical staff wrote a disciplinary conduct report that resulted in IDOC takin's 30 DAYS good time. MY HIPAA LAW has been violated. Did not break safty & security or 9od order of the correctional facility. This also violated my Fourteenth Amendment right to Pravicy. Policy state records are only to be disclosed with my Permission thays State Form 46259). I feel invaded and embarressed that I am being discriminated against for tryin's to help with my health.

Enclosed Please #61-16, 61-04-109 copies: Health care request, screenins, Hearins, Conduct

Due to our small staff and the high volume of complaints we receive, please allow six weeks for us to respond.

3

federal?  Yes ☐  No ☑

11.  If your answer to 10 was "yes," please give the following information:

a.  (1) Name of court: _____

   (2) Nature of proceeding: _____

_____

   (3) Grounds raised: _____

_____

_____

_____

_____

_____

   (4) Did you receive an evidentiary hearing on your petition, motion or application? Yes ☐  No ☐

   (5) Result: _____

   (6) Date of result: _____

b.  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition,

motion or application?  Yes ☐  No ☐

12.      If you did *not* appeal from any adverse action of any petition, motion or application, explain

briefly why you did not:

_____

_____

   12.  State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize
   *briefly* the *facts* supporting each ground.  If necessary, you may attach pages stating additional
   grounds and *facts* supporting the same.  **CAUTION:**  *In order to proceed in federal court, you
   must ordinarily first exhaust all available administrative appellate remedies as to each ground on
   which you request action by the federal court. If you fail to set forth all grounds in this petition,
   you may be barred from presenting additional grounds at a later date.*

A.       Ground one:  Violation of Hippa Rights

Supporting FACTS (state *briefly* without citing cases or law):

Refer to Exhibit B

B.    Ground two: Violation of 14 Amendment "Right to Privacy"

Supporting FACTS (state *briefly* without citing cases or law): I feel I am being discriminated against with cruel and unusual punishment by receiving a write up for trying to keep up with my health. I was the only person to receive a write up.

-4-

(F-24) Revised 12.26.2014

Exhibit B

| POLICY AND ADMINISTRATIVE PROCEDURE | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number | Effective Date | Page | Total Pages |
| 01-04-104 | 3/1/2017 | 16 | 26 |
| Title | | | |
| THE ESTABLISHMENT, MAINTENANCE AND DISPOSITION OF OFFENDER RECORDS | | | |

(a) The agent shall be free from a current commitment to, legal control of, or receiving correctional services from the Department; or a court probation obligation;

(b) The adult offender shall complete State Form 46729, "Authorization to Release / Request Information," identifying the person acting as his/her agent for access to the offender's records.

(c) The agent shall provide proper identification upon request of the staff person authorizing access to the information;

(d) If doubt exists as to the identity of the offender's agent, the offender shall be contacted for verification when possible; and,

(e) If the offender's signed statement identifying the agent is not on file with the facility or office, or is not presented by the agent when making the request to access the information, the agent shall be advised that he/she may obtain such authorization from the offender court order

(3) Health Services records may be released to a dentist, physician, psychologist, or psychiatrist designated in writing by the adult offender about whom the information pertains. Additionally, Health Services records may be released to an attorney representing the offender upon submission of a State Form 46729, "Authorization to Release/Request Information," containing the signature of the offender. Health Services records including the following:

*With offender permission*

(a) Dental;
(b) Medical;
(c) Psychiatric; and,
(d) Substance Abuse.

| POLICY AND ADMINISTRATIVE PROCEDURE | | | |
|---|---|---|---|
| Indiana Department of Correction **Manual of Policies and Procedures** | | | |
| Number 01-02-101 | Effective Date 1/1/2018 | Page 10 | Total Pages 11 |
| Title **HEALTH SERVICES** | | | |

Offenders shall be provided access to the offender health record in accordance with Policy and Administrative Procedure 01-04-104.

Offenders shall be afforded the right to privacy of all medical records and other personal health information (PHI) used or disclosed by the Department in any form, whether electronically, on paper, or orally. PHI may be disclosed:

- As required by law, including laws that require the reporting of certain types of wounds or other physical injuries;

- In compliance with, and as limited by, the relevant requirements of

  o A court order or court ordered warrant or a subpoena or summons issued by a judicial officer;

  o A grand jury subpoena; or,

  o An administrative request or similar process authorized under law, provided that: (1) the information sought is relevant and material to a legitimate law enforcement inquiry; (2) the request is specific and limited in scope reasonably practicable in light of the purpose for which the information is sought; and, de-identified information could not reasonably be used,

Under the Health Insurance Portability and Accountability Act (HIPAA), PHI may be obtained from or disclosed to a Correctional staff, or a law enforcement official having lawful custody of an offender or to another correctional system housing the offenders in "lawful custody" (e.g. jail, other department of correction) if the correctional facility or law enforcement official requests that such PHI is necessary for the purposes of:

- Provision of health care to the individual offender;

- The health and safety of such individual or other offenders; (Only the minimum necessary PHI shall be disclosed to preserve the health and safety of an offender, other offenders, volunteers, visitors, or other Correctional staff. );

- The health and safety of the employees of or others at the correctional facility;

| POLICY AND ADMINISTRATIVE PROCEDURE | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number 01-02-101 | Effective Date 1/1/2018 | Page 11 | Total Pages 11 |
| Title **HEALTH SERVICES** | | | |

- The health and safety of such individuals and officers, or other employees responsible for the transporting of offenders or their transfer from one facility to another;

- Law enforcement on the premises of the correctional facility; or

- The administration and maintenance of the safety, security, and good order of the correctional facility. *Did not by definition break any office*

Correctional facilities may use PHI for all the purposes for which it can be disclosed until the offender is released on Parole, probation, supervised release, or otherwise is no longer in lawful custody.

Questions regarding the release of PHI should be addressed to the Warden or designee, the CMO or designee, or to the Division of Legal Services.

XIX.  PARTICIPATION IN EXECUTIONS:

No Health Services personnel, State or contracted, shall participate in any execution.

XXI.  APPLICABILITY:

This policy and administrative procedure is applicable to all Department facilities, both adult and juvenile.

_____signature on file_____          _____
Robert E. Carter, Jr.                        Date
Commissioner

C.    Ground three: _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D.    Ground four: _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

-5-

13. If any of the grounds listed in 12A, B, C and D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

Yes ☐   No ☒

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing: Hearing Officer, Sgt Bradley

b. Institutional level appeal: DW. Lagenour

-6-

(F-24) Revised 12.26.2014

c. Higher level appeal: _____

_____

WHEREFORE, petitioner prays that the Court grant petitioner the following relief _____

_____

_____

_____

as well as any other relief to which the petitioner is entitled under law.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____      _____
         [Month]   [Day]   [Year]      Signature of Petitioner

(F-24) Revised 12.26.2014